HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN AMBERS,

    Plaintiff,

v.

HENRY RICHARDS, *et al.,*

    Defendant.

Case No. C05-5031 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. The Court finds the complaint does not comply with Fed. R. Civ. P. 8(a).

(2) Plaintiff is ordered to submit an amended complaint that complies with the instructions set forth in the Report and Recommendation. Plaintiff is informed that the amended complaint will act as a complete substitute for the original and not as a supplement. The amended complaint is due on or before **August 5, 2005** and failure to file the amended complaint on or before that date may result in dismissal of this action or sanctions.

(3)   Clerk is directed to send copies of this Order to plaintiff, counsel defendants, and to the Hon. J. Kelley Arnold.

DATED this 6th day of July, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2