UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN AMBERS,<br><br>    Plaintiff,<br><br>  v.<br><br>HENRY RICHARDS *et al.*,<br><br>    Defendants. | Case No. C05-5031RBL<br><br>ORDER GRANTING AN EXTENSION AND STAYING ACTION |

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Defendant's motion to dismiss, (Dkt,. # 28), was noted to be heard September 2nd, 2005.  On September 2nd, 2005 the court received a motion from defendants, asking that they be given until September 9th, 2005 to reply to plaintiff's response.  If plaintiff has filed a response it has not yet been posted and is not available electronically.

    The motion is **GRANTED.**  The court needs to postpone ruling on the motion to dismiss until all filings are in and have been posted.  To prevent prejudice to any party this action is **STAYED** until **September 23rd, 2005.**  This will allow adequate time for a response to be filed and a reply to be filed and served.

    Defendant's reply will be due on or before **September 16th, 2005.**  The clerk is directed to

ORDER

1  re-note the motion to dismiss, (Dkt. # 28), for **September 23rd, 2005.**  The Clerk is directed to send
2  a copy of this Order to plaintiff, and to counsel for defendants.

4        DATED this 6th day of September, 2005.

                                              */S/ J. Kelley Arnold*
                                              J. Kelley Arnold
                                              United States Magistrate Judge

28 ORDER