UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN AMBERS,

          Plaintiff,

   v.

HENRY RICHARDS, *et al.*,

          Defendants.

Case No.  C05-5031RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This action is **DISMISSED FOR FAILURE TO STATE A CLAIM.**

(3)    Clerk is directed to send copies of this Order to plaintiff, counsel defendants, and to the Hon. J. Kelley Arnold.

DATED this 28th day of November, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1